



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLANCA DELIA GUERRERO,<br><br>Defendant. | Case No.: 13-CR-4229-BEN<br><br>[PROPOSED] ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

DATED: 3/09/15

_____
HONORABLE ROGER T. BENITEZ
United States District Judge